RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
Abel Acosta, Clerk
10-37
83,214-01

MR ACOSTA

I would like to Know what the Findings were on my WRit oF HAbeas CoRpus? and why was I Denied? and I would like to Know iF I can put in A second WRit oF HAbeas CORpus I couldnt AFFord my TRanscipt As my Evidence which is 2500.00 Dollar Ive Fand out that I can go through A PROGRAM to HAVE my Evidence use on my BEHAlF so could you Please let me Know Concerning my second WRit? So I can inClose my Cover Jetter sign By the LAW-LibRARY Lt.

Please Respond.

Thank you

SeReno Johnson

1773866